IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| LAMPHONE SANOUVONG, et al., | ) | |
| | ) | No. 3:04cr0126-HRH |
| Defendants. | ) | |

O R D E R

Case Status

The court's case manager reports that between June 27, 2005, and August 3, 2005, eight defendants named in the above-captioned case were sentenced either in the case noted or in spin-off cases that were opened with the filing of informations stating lesser offenses. In a number of instances, the forfeiture counts were left open at sentencing, and the court is informed that there are unresolved forfeiture proceedings as to eight defendants. The defendants are:

```
            Lamphone Sanouvong          (D-01)
            Khonesavanh Thinoi          (D-03)
            Rungsee Muangkeo            (D-04)
            Mayuree Muangkeo            (D-05)
            Monthree Udomsin            (D-08)
            Karry Chindarak             (D-09)
            Jannie Keomany              (D-10)
            Bounlay Chitpaseuth         (D-15)
```

- 1 -

Government counsel will please take action to bring these forfeiture proceedings to a close no later than August 8, 2006.

DATED at Anchorage, Alaska, this 24th day of July, 2006.

/s/ H. Russel Holland
United States District Judge